IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BOBBY ERNEST FINCH and**
**DONNA LYNN FINCH**                                                                    **PLAINTIFFS**

**V.**                                        **4:09CV00269 JMM**

**DAVID D. COOP, ET AL**                                                                 **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on September 15, 2009, Judgment is hereby entered in favor of the Defendants. The appeal is dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 15th day of September, 2009.

_____
James M. Moody
United States District Judge